UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHULIE JONES, # 450042

    Petitioner - Appellant,                          Case No. 08-cv-13286

v.                                                    HONORABLE STEPHEN J. MURPHY, III

LLOYD RAPELJE,

    Respondent - Appellee.
    _____/

## **DEFICIENCY ORDER FOR NOTICE OF APPEAL**[1]

Petitioner Shulie Jones filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court denied the petition on October 28, 2010. Petitioner has filed a notice of appeal. The filing fee for an appeal is $455.00. Petitioner has failed to pay the filing fee or to apply in the manner required by law to proceed *in forma pauperis*. Under the provisions of the Prison Litigation Reform Act, if a prisoner wishes to proceed *in forma pauperis* on appeal, the prisoner must file in the district court a motion for leave to proceed *in forma pauperis*, a certified copy of a prisoner trust account statement for the six-month period immediately preceding the filing of the application supporting the claim of indigence. 28 U.S.C. § 1915(a)(2); *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997). Petitioner has failed to file the required trust account statement in order to proceed *in forma pauperis*.

Petitioner is hereby notified of the foregoing deficiency. Petitioner is informed that

---

[1] Because Petitioner's current custodian is Catherine Bauman, Bauman is the proper respondent in this action. *See* Rule 2(a) of the Rules Governing Section 2254 Cases. The Clerk shall amend the caption amended accordingly.

within 30 days from the date of this notice he must submit the $455.00 filing fee or, alternatively, file the required trust account statement. *See McGore*, 114 F.3d at 605. The trust account statement must be a certified copy and must be for the six months immediately preceding the filing of Petitioner's notice of appeal. *See* 28 U.S.C. § 1915(a)(2).

Petitioner is also notified that if he fails to pay the filing fee or to file the required document as described above, the Court of Appeals may dismiss his appeal for failure to prosecute under Rule 3 of the Federal Rules of Appellate Procedure. *See McGore*, 114 F.3d at 609. In that case, this Court will assess the entire filing fee, which will be payable in full regardless of the previous dismissal. *See id.* In addition, the appeal will not be reinstated even if Petitioner subsequently pays the filing fee or requests to proceed as a pauper. *See id.*

          s/Stephen J. Murphy, III  
          Stephen J. Murphy, III  
          United States District Judge

Dated: November 30, 2010

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 30, 2010, by electronic and/or ordinary mail.

          s/Alissa Greer  
          Case Manager